AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Ronald Satish Emrit  )  <br> *Plaintiff*  ) <br> v.  ) <br> Sabine Aisha Jules  ) <br> *Defendant*  ) | Civil Action No.     3:23-cv-1573-DCC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other:   venue is improper in this District and transfers this case to the United States District Court for the Southern District of Florida.  Plaintiff's Motion for Joinder of an Indispensable Party is denied as moot.

This action was *(check one)*:

■ decided by the Honorable Donald C. Coggins, Jr.

Date:   June 26, 2023                                    *CLERK OF COURT*

                                                            s/Angela Lewis, Deputy Clerk
                                                            *Signature of Clerk or Deputy Clerk*